[No. 29119-3-II.   Division Two.   August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA BEA CROY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-01104-6, James E. Warme, J., entered July 31, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 29204-1-II.   Division Two.   August 19, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT GERALD CAPSHAW, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00270-3, Stephen M. Warning, J., entered August 19, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 29299-8-II.   Division Two.   August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN WESLEY OSBORNE, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00857-3, David R. Draper, J., entered September 12, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 29574-1-II.   Division Two.   August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY A. SYLVESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00142-4, Toni A. Sheldon, J., entered November 14, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.